**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUKESH KUMAR,<br><br>    Plaintiff,<br><br>    v<br><br>EMC MORTGAGE CORPORATION et al,<br><br>    Defendants.<br>                                        / | No   C 09-0829 VRW<br><br>ORDER |

TO ALL PARTIES AND COUNSEL OF RECORD:

    I, the undersigned judge of the court, finding myself disqualified in the above-captioned matter, see 28 USC § 455(b)(4), hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

    All pending dates of motions, case management conferences and trial are hereby vacated and will be reset by the newly assigned judge.

    IT IS SO ORDERED.

                                        VAUGHN R WALKER
                                        United States District Chief Judge