BRYAN CAVE LLP
1900 MAIN STREET, SUITE 700
IRVINE, CALIFORNIA 92614-7328

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MUKESH KUMAR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EMC MORTGAGE CORPORATION, a Delaware Corporation; COUNTRYWIDE HOME LOANS, INC., a New York Corporation, BANK OF AMERICA CORPORATION, a Delaware Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, WELLS FARGO, N.A., a United States Bank, QUALITY LOAN SERVICE CORPORATION, as trustee, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:09-cv-00829-VRW<br><br>STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT<br><br>[Local Rule 6-1(a)] |

## STIPULATION

This Stipulation is entered into by Plaintiff MUKESH KUMAR ("Plaintiff") and Defendants COUNTRYWIDE HOME LOANS, INC. ("CHL"), EMC MORTGAGE CORPORATION ("EMC"), MORTGAGE ELECTRONIC

SF01DOCS2567.1

2

REGISTRATION SYSTEMS, INC. ("MERS"), and WELLS FARGO BANK, ANTIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. GREEPOINT FUNDING TRUST 2006-AR3, erroneously sued as WELLS FARGO, N.A., (Defendants are hereinafter collectively referred to as "the Defendants").

Plaintiff filed his Complaint in this action in state court on January 14, 2009. Defendant EMC removed this action to federal court on February 25, 2009. Pursuant to Rule 81(c)(2)(C), the Defendants' response to the Complaint is due on March 4, 2009.

Given that the parties are currently in settlement negotiations, the Plaintiff and the Defendants desire, and hereby **STIPULATE**, that the Defendants shall have until April 3, 2009 to respond to Plaintiff's Complaint in this matter.

Counsel for the filing party, CHL, hereby attests that the content of this document is acceptable to all persons required to sign the document.

**IT IS SO STIPULATED.**


Dated:  March 4, 2009            **THE LITIGATION LAW GROUP**

                                 By:    s/Henry Chuang
                                        Henry Chuang
                                        Attorneys for Plaintiff
                                        Mukesh Kumar

SF01DOCS2567.1                      3

BRYAN CAVE LLP
1900 MAIN STREET, SUITE 700
IRVINE, CALIFORNIA 92614-7328

| | | |
|---|---|---|
| Dated: March 4, 2009 | | **BRYAN CAVE LLP** |
| | | James Goldberg |
| | | Deborah Goldfarb |
| | | |
| | By: | s/James Goldberg |
| | | James Goldberg |
| | | Attorneys for Defendant |
| | | COUNTRYWIDE HOME LOANS, INC. |
| | | |
| Dated: March 4, 2009 | | **ADORNO YOSS ALVARADO & SMITH** |
| | | John M. Sorich |
| | | S. Christopher Yoo |
| | | |
| | By: | s/S. Christopher Yoo |
| | | S. Christopher Yoo |
| | | Attorneys for Defendants |
| | | EMC MORTGAGE CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, and WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. GREENPOINT FUNDING TRUST 2006-AR3, erroneously sued as WELLS FARGO, N.A. |



IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SF01DOCS2567.1

4

BRYAN CAVE LLP
1900 MAIN STREET, SUITE 700
IRVINE, CALIFORNIA 92614-7328