**THE LITIGATION LAW GROUP**
Henry Chuang, California Bar No. 141550
The Community Towers
111 North Market Street, Suite 1010
San Jose, CA 95113
Telephone:     (408) 971-1119
Facsimile:     (408) 971-1129
E-Mail:        henryc@thellg.com
Attorneys for Plaintiff
MUKESH KUMAR


**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
Deborah A. Goldfarb, California Bar No. 241942
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
Telephone:     (415) 675-3400
Facsimile:     (415) 675-3434
E-Mail:        jim.goldberg@bryancave.com
E-Mail:        deborah.goldfarb@bryancave.com

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.
AND BANK OF AMERICA CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MUKESH KUMAR, an individual, | Case No. 3:09-cv-00829-CRB |
| Plaintiff, | |
| v. | STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT |
| EMC MORTGAGE CORPORATION, a Delaware Corporation, et al., | |
| Defendants. | [Local Rule 6-1(a)] |

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CA 94111

SF01DOCS157.1

## **STIPULATION**

This Stipulation is entered into by Plaintiff MUKESH KUMAR ("Plaintiff") and Defendants COUNTRYWIDE HOME LOANS, INC. and BANK OF AMERICA CORPORATION ("Defendants").

Plaintiff filed his Complaint in this action in state court on January 14, 2009. Defendant EMC removed this action to federal court on February 25, 2009.  Currently before the Court is a stipulation extending defendants' time to respond to Plaintiff's Complaint until April 3, 2009.

Given that Defendants and Plaintiff are currently in settlement negotiations, the Plaintiff and Defendants desire, and hereby **STIPULATE**, that the Defendants shall have until May 4, 2009 to respond to Plaintiff's Complaint in this matter.   This Stipulation will not alter the date of any event or any deadline already fixed by the Court.

///
///
///
///
///
///
///
///
///
///
///

STIPULATION TO EXTEND TIME
FOR RESPONSIVE PLEADING
CASE NO. 09-cv-00829-VRW

BRYAN CAVE LLP
1900 MAIN STREET, SUITE 700
IRVINE, CALIFORNIA 92614-7328

1    Counsel for the filing parties, Defendants Countrywide Home Loans, Inc. and

2  Bank of America Corporation, hereby attests that the content of this document is

3  acceptable to all persons required to sign the document.

4

5  **IT IS SO STIPULATED.**

6

7

8

9  Dated:  April 1, 2009                      **THE LITIGATION LAW GROUP**

10

11                                            By:      /s/Henry Chuang

12                                                     Henry Chuang
                                                       Attorneys for Plaintiff
13                                                     Mukesh Kumar

14

15

16  Dated:  April 1, 2009                      **BRYAN CAVE LLP**

17                                            James Goldberg
                                              Deborah Goldfarb
18

19                                            By:      /s/James Goldberg

20                                                     James Goldberg
                                                       Attorneys for Defendants
21                                                     COUNTRYWIDE HOME LOANS, INC.
                                                       AND BANK OF AMERICA
22                                                     CORPORATION

23       SIGNED:  April 3, 2009

24

25                                      IT IS SO ORDERED

26

27                                   Judge Charles R. Breyer

28  SF01DOCS11054.1                          3

BRYAN CAVE LLP
1900 MAIN STREET, SUITE 700
IRVINE, CALIFORNIA 92614-7328