JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants
EMC MORTGAGE CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. GREENPOINT FUNDING TRUST 2006-AR3, erroneously sued as WELLS FARGO, N.A.

# UNITED STATES DISTRICT

## NORTHERN DISTRICT OF CALIFORNIA –OAKLAND DIVISION

| | |
|---|---|
| MUKESH KUMAR, an individual, | CASE NO.: C09-00829 CRB |
| Plaintiff, | JUDGE: Hon. Charles R. Breyer |
| v. | **STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT** |
| EMC MORTGAGE CORPORATION, a Delaware Corporation; COUNTRYWIDE HOME LOANS, INC., a New York Corporation, BANK OF AMERICA CORPORATION, a Delaware Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, WELLS FARGO, N.A., a United States Bank, QUALITY LOAN SERVICE CORPORATION, as trustee, and DOES 1 through 50, inclusive, | [Local Rule 6-1(a)]<br><br>ACTION FILED: January 14, 2009 |
| Defendants. | |

///

Pursuant to Local Rule 6-1(a), defendants EMC Mortgage Corporation ("EMC"), Mortgage Electronic Registration Systems, Inc. ("MERS"), and Wells Fargo Bank, National Association, As Trustee for Structured Asset Mortgage Investments II Inc. GreenPoint Funding Trust 2006-AR3 ("Wells Fargo," and collectively, "Defendants"), erroneously sued as Wells Fargo, N.A., and plaintiff Mukesh Kumar ("Plaintiff"), by and through their respective counsel, agree and stipulate as follows:

1.  Plaintiff filed his Complaint in this action in state court on January 14, 2009.

2.  Defendants removed this action to federal court on February 25, 2009. At this time, Defendants' response to the Complaint is due on April 3, 2009.

3.  Given that the parties are currently in settlement negotiations, the Plaintiff and Defendants desire, and hereby STIPULATE, that the Defendants shall have until May 4, 2009 to respond to Plaintiff's Complaint in this matter.

DATED: April 1, 2009

ADORNO YOSS ALVARADO & SMITH
A Professional Corporation

By: /s/ S. Christopher Yoo
JOHN M. SORICH
S. CHRISTOPHER YOO
VALERIE K. BRENNAN
Attorneys for Defendants
EMC MORTGAGE CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. GREENPOINT FUNDING TRUST 2006-AR3, erroneously sued as WELLS FARGO, N.A.

DATED: April 1, 2009

THE LITIGATION LAW GROUP

By: /s/ Henry Chuang
HENRY CHUANG
Attorneys for plaintiff
MUKESH KUMAR



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

2
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1075415.1